UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Integrated Recycling Technologies Corporation, <br><br>     Plaintiff, <br><br> vs. <br><br> CMET International, Inc., <br><br>     Defendant. | Civil File No.:  13-CV-01025 DWF/FLN <br><br> **AFFIDAVIT OF MARK T. BERHOW PURSUANT TO THE COURT'S SEPTEMBER 11, 2013 ORDER** |

STATE OF MINNESOTA   )
                                              ) ss.
COUNTY OF HENNEPIN  )

Mark T. Berhow, being duly sworn, states:

1. I am one of the attorneys of record representing Defendant CMET International, Inc. ("CMET") in the above-captioned matter. I am fully familiar with these proceedings and make this affidavit pursuant to the Court's September 11, 2013 Order.

2. I am the lead attorney for Defendant in this matter. I graduated from the University of Minnesota Law School in 2001, was admitted to practice in the State of Minnesota in 2001, and was elected partner at Hinshaw & Culbertson LLP in 2010. I am admitted to practice in Minnesota state and federal courts, as well as the Eighth Circuit Court of Appeals, and the United States Supreme Court. I specialize in the area of commercial litigation.

3. My hourly billing rate for this matter is $325, which is my normal hourly billing rate for commercial litigation. I spent 5.4 hours preparing for and attending the settlement conference in this matter for a total of $1,755. This amount was reasonably and necessarily expended to properly represent CMET at the settlement conference.

-2-

4. Defendant also incurred costs of having its representatives attend the settlement conference. Jason Lee traveled from New York, NY to attend the settlement conference. Defendant incurred $503.58 for air travel, $131.55 for hotel accommodations, and $66 in parking fees for Mr. Lee to attend the settlement conference, for a total of $700.93. Joseph Cotant traveled from Detroit, MI to attend the settlement conference. Defendant incurred $887.59 for air travel, $146.29 for hotel accommodations and $20 in parking fees for Mr. Cotant to attend the settlement conference, for a total of $1,053.88. Accordingly, Defendant's total costs, exclusive of attorneys' fees, for attending the settlement conference totals $1,734.81.

5. Therefore, Defendant's reasonable costs and attorney's fees incurred in attending the Settlement Conference totals $3,489.81.

FURTHER YOUR AFFIANT SAYETH NOT.

                                                  s/Mark T. Berhow
                                                  Mark T. Berhow

Subscribed and sworn to before me
this 13th day of September, 2013.

    s/Susan VonKlehr
Notary Public