AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Integrated Recycling Technologies Corporation

V.

CMET International, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:  13-cv-01025-DWF-FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. All claims by Plaintiff against Defendant are DISMISSED WITH PREJUDICE, but without costs or fees to any party; and

2. All claims and counterclaims asserted by Defendant against Plaintiff are DISMISSED WITH PREJUDICE, but without costs or fees to any party.

January 29, 2014
Date

RICHARD D. SLETTEN, CLERK

s/L. Brennan
(By)   L. Brennan,   Deputy Clerk